UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENCE ROBERT BENCH, | No. 2:13-cv-0467 AC |
| Plaintiff, | |
| v. | ORDER OF DISMISSAL |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

Plaintiff initiated this action on March 7, 2013 seeking judicial review of a final decision of the Commissioner of Social Security denying his application for a period of disability and disability insurance benefits under Title II of the Social Security Act ("the Act") and Supplemental Security Income under Title XVI of the Act. On May 1, 2013, a scheduling order issued ordering the defendant to file the administrative record and an answer within 90 days from the service of the complaint. Plaintiff was then required to file a motion for summary judgment and/or remand in this court. Plaintiff was also required to file a completed Order Re Consent or Request for Reassignment.

To date, plaintiff has not filed a motion for summary judgment or remand or a completed consent form, despite the directives of the scheduling order and the directives of an April 4, 2014 order and order to show cause. See ECF No. 15. Plaintiff has also failed to otherwise respond to

1  the court's orders.  In the April 4, 2014 order and order to show cause, plaintiff was informed that
2  failure to comply with the scheduling order would result in a dismissal of this action.
3       In light of plaintiff's failure to comply with the court's scheduling order and the court's
4  April 4, 2014 order and order to show cause, IT IS HEREBY ORDERED that this action is
5  dismissed.  The parties are to bear their own costs.
6  DATED: May 12, 2014

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE